FILED
2008 Apr-30  PM 03:50
U.S. DISTRICT COURT
N.D. OF ALABAMA

DTF GJ# 9
AHM/GRD: MAY 2008

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF ALABAMA

### SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **v.** | ) **Case No.: 2:08-cr-0064-VEH-RRA** |
| | ) **[Superseding Indictment]** |
| **COURTNEY DARALL CAMPBELL,** | ) |
|     also known as *"Skeeter,"* | ) |
| **SOLOMON GRADY JOHNSON,** | ) |
|     also known as *"Big Sol,"* | ) |
|     also known as *"Mimi,"* | ) |
| **SHARON SAXTON JONES,** | ) |
|     also known as *"Sharon Dale Saxton,"* | ) |
|     also known as *"Tu Tu"* | ) |
| **LARON CADRELL CAMPBELL,** | ) |
|     also known as *"Ron-C,"* | ) |
| **ANDREA BOLOXY COLLIER,** | ) |
|     also known as *"Drea,"* | ) |
| **RICKY GUY LEATHERWOOD,** | ) |
|     also known as *"Slick Rick,"* | ) |
|     also known as *"Lil' Rick,"* | ) |
| **JARED KENYATTA CALHOUN,** | ) |
|     also known as *"Ken,"* | ) |
| **TIMOTHY TERRILL CARPENTER,** | ) |
| **RICHARD LEVONE BOYKIN II,** | ) |
|     also known as *"King B"* | ) |
| **BORIS VERNARD AGEE,** | ) |
|     also known as *"Mac-Bo,"* | ) |
| **NIKISHA NYCOL BOYKIN,** | ) |
| **JACINTA SHANE COOPER,** | ) |
|     also known as *"Peaches,"* | ) |
| **TIFFANY ONTAE ALLEN** | ) |
| **WILSHUN TRANISE FOWLER,** | ) |
|     also known as *"Shun,"* and | ) |

**MARILYN DENEKA CAMPBELL,**          )
      **also known as "*Neka*"**                    )

# I N D I C T M E N T

**COUNT ONE:  [21 U.S.C. §§ 846, 841(b)(1)(A) and (b)(1)(D)]**

The Grand Jury charges that:

From in or about January 2000, to on or about the 4th day of January, 2008,

more exact dates being unknown to the Grand Jury, in Jefferson County, within the

Northern District of Alabama, and elsewhere, the defendants,

**COURTNEY DARALL CAMPBELL,**
**also known as**
**"*Skeeter*,"**
**SOLOMON GRADY JOHNSON,**
**also known as**
**"*Big Sol*,"**
**also known as**
**"*Mimi*,"**
**SHARON SAXTON JONES,**
**also known as**
**"*Sharon Dale Saxton*,"**
**also known as**
**"*Tu Tu*,"**
**LARON CADRELL CAMPBELL,**
**also known as**
**"*Ron-C*,"**
**ANDREA BOLOXY COLLIER,**
**also known as**
**"*Drea*,"**
**RICKY GUY LEATHERWOOD,**
**also known as**
**"*Slick Rick*,"**
**also known as**
**"*Lil' Rick*,"**
**JARED KENYATTA CALHOUN,**
**also known as**

**"*Ken*,"**
**and**
**TIMOTHY TERRILL CARPENTER,**

did knowingly, intentionally, and unlawfully conspire and agree with each other

and with others both known and unknown to the Grand Jury to knowingly,

intentionally, and unlawfully possess with the intent to distribute and distribute

fifty (50) grams or more of a mixture and substance containing a detectable amount

of cocaine base, more commonly referred to as "crack" cocaine and five (5)

kilograms or more of a mixture and substance containing a detectable amount of

cocaine hydrochloride, each being a controlled substance, in violation of Title 21,

United States Code, Sections 841(a)(1) and (b)(1)(A), and a mixture and substance

containing a detectable amount of marijuana, a controlled substance, in violation of

Title 21, United States Code, Section 841(a)(1) and (b)(1)(D), all in violation of

Title 21, United States Code, Section 846.

**COUNT TWO:  [21 U.S.C. §§ 841(a)(1) and (b)(1)(C)]**

The Grand Jury charges that:

On or about the 13th day of May, 2006, in Jefferson County, within the

Northern District of Alabama, the defendant,

**COURTNEY DARALL CAMPBELL,**
**also known as**
**"*Skeeter*,"**

did knowingly, intentionally, and unlawfully distribute a mixture and substance

3

containing a detectable amount of cocaine hydrochloride, a controlled substance, in

violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

**COUNT THREE: [21 U.S.C. §§ 841(a)(1), (b)(1)(A) and (b)(1)(C)]**

The Grand Jury charges that:

On or about the 21st day of June, 2006, in Jefferson County, within the

Northern District of Alabama, the defendant,

**TIMOTHY TERRILL CARPENTER,**

did knowingly, intentionally, and unlawfully distribute fifty (50) grams or more of

a mixture and substance containing a detectable amount of cocaine base, more

commonly referred to as "crack cocaine," a controlled substance, in violation of

Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A), and a mixture and

substance containing a detectable amount of cocaine hydrochloride, a controlled

substance, in violation of Title 21, United States Code, Sections 841(a)(1) and

(b)(1)(C).

**COUNT FOUR:  [21 U.S.C. §§ 841(a)(1), (b)(1)(B) and (b)(1)(C)]**

The Grand Jury charges that:

On or about the 30th day of October, 2007, in Jefferson County, within the

Northern District of Alabama, the defendant,

**RICHARD LEVONE BOYKIN II,**
**also known as**

4

**"*King B*,"**

did knowingly, intentionally, and unlawfully distribute five (5) grams or more of a mixture and substance containing a detectable amount of cocaine base, more commonly referred to as, "crack" cocaine, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B) and a mixture and substance containing a detectable amount of cocaine hydrochloride, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

**COUNT FIVE:  [21 U.S.C. §§ 841(a)(1) and (b)(1)(C)]**

The Grand Jury charges that:

On or about the 2nd day of November, 2007, in Jefferson County, within the Northern District of Alabama, the defendant,

**SOLOMON GRADY JOHNSON,**
**also known as**
**"*Big Sol*,"**
**also known as**
**"*Mimi*,"**

did knowingly, intentionally, and unlawfully possess with the intent to distribute a mixture and substance containing a detectable amount of cocaine hydrochloride, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

**COUNT SIX:  [21 U.S.C. §§ 841(a)(1) and (b)(1)(C)]**

The Grand Jury charges that:

On or about the 30th day of November, 2007, in Jefferson County, within the

Northern District of Alabama, the defendant,

**SOLOMON GRADY JOHNSON,**
**also known as**
***"Big Sol,"***
**also known as**
***"Mimi,"***

did knowingly, intentionally, and unlawfully distribute a mixture and substance

containing a detectable amount of cocaine base, more commonly referred to as,

"crack" cocaine, a controlled substance, in violation of Title 21, United States

Code, Sections 841(a)(1) and (b)(1)(C).


**COUNT SEVEN:  [21 U.S.C. §§ 841(a)(1) and (b)(1)(B)]**

The Grand Jury charges that:

On or about the 5th day of December, 2007, in Jefferson County, within the

Northern District of Alabama, the defendant,

**SOLOMON GRADY JOHNSON,**
**also known as**
***"Big Sol,"***
**also known as**
***"Mimi,"***

did knowingly, intentionally, and unlawfully distribute five (5) grams or more of a

mixture and substance containing a detectable amount of cocaine base, more

6

commonly referred to as, "crack" cocaine, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

## COUNT EIGHT:  [21 U.S.C. §§ 841(a)(1) and (b)(1)(B)]

The Grand Jury charges that:

On or about the 26th day of December, 2007, in Jefferson County, within the Northern District of Alabama, the defendant,

**RICKY GUY LEATHERWOOD,**
**also known as**
**"*Slick Rick*,"**
**also known as**
**"*Lil' Rick*,"**

did knowingly, intentionally, and unlawfully possess with the intent to distribute five (5) grams or more of a mixture and substance containing a detectable amount of cocaine base, more commonly referred to as, "crack" cocaine, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

## COUNT NINE:  [21 U.S.C. §§ 841(a)(1) and (b)(1)(B)]

The Grand Jury charges that:

On or about the 4th day of January, 2008, in Jefferson County, within the Northern District of Alabama, the defendant,

**SOLOMON GRADY JOHNSON,**
**also known as**

*"Big Sol,"*
**also known as**
*"Mimi,"*

did knowingly, intentionally, and unlawfully possess with the intent to distribute

five (5) grams or more of a mixture and substance containing a detectable amount

of cocaine base, more commonly referred to as, "crack" cocaine, a controlled

substance, in violation of Title 21, United States Code, Sections 841(a)(1) and

(b)(1)(B).


**COUNT TEN:  [18 U.S.C. § 922(g)(1)]**

The Grand Jury charges that:

On or about the 5th day of March, 2008, in Jefferson County, within the

Northern District of Alabama, the defendant,

**LARON CADRELL CAMPBELL,**
**also known as**
*"Ron-C,"*

after having been convicted on October 20, 1998, in the Circuit Court of Jefferson

County, Alabama, of the offense of Manslaughter, in case number CC95-827, said

offense being a crime punishable by a term of imprisonment exceeding one year,

did knowingly possess in and affecting commerce a firearm, that is, a Sig Sauer .45

caliber pistol, in violation of Title 18, United States Code, Section 922(g)(1).


**COUNT ELEVEN : [18 U.S.C. § 922(g)(1)]**

The Grand Jury charges that:

On or about the 5th day of March, 2008, in Jefferson County, within the Northern District of Alabama, the defendant,

**TIMOTHY TERRILL CARPENTER,**

after having been convicted on May 28, 1993, in the Circuit Court of Jefferson County, Alabama, of the offense of Unlawful Possession of a Controlled Substance, in case number CC93-1606; and after having been convicted on November 16, 1992, in the Circuit Court of Jefferson County, Alabama, of the offense of Discharging a Firearm in an Occupied Building, in case number CC92-0098; and after having been convicted on November 1, 1999, in the Circuit Court of Jefferson County, Alabama, of the offense of Unlawful Possession and Receipt of Controlled Substance, in case number CC99-2579, said offenses being a crime punishable by a term of imprisonment exceeding one year, did knowingly possess in and affecting commerce a firearm, that is, a Masterpiece Arms 9mm pistol, a Izhmash Saiga .39 caliber rifle, and a Glock .40 caliber pistol, in violation of Title 18, United States Code, Section 922(g)(1).

**COUNT TWELVE:** [18 U.S.C. § 371]

The Grand Jury charges:

1.  From on or about the 6th day of October, 2007, until in or about

December, 2007, more exact dates being unknown to the Grand Jury, in Jefferson

County, within the Northern District of Alabama, and elsewhere, the defendants,

**COURTNEY DARALL CAMPBELL,**
**also known as**
**"*Skeeter*,"**
**BORIS VERNARD AGEE,**
**also known as**
**"*Mac-Bo*,"**
**NIKISHA NYCOL BOYKIN,**
**JACINTA SHANE COOPER,**
**also known as**
**"*Peaches*,"**
**JARED KENYATTA CALHOUN,**
**TIFFANY ONTAE ALLEN,**
**WILSHUN TRANISE FOWLER,**
**also known as**
**"*Shun*,"**
**MARILYN DENEKA CAMPBELL,**
**also known as**
**"*Neka*,"**
**and**
**RICHARD LEVONE BOYKIN II,**
**also known as**
**"*King B*,"**

did willfully conspire and agree with each other, and with others both known and

unknown to the Grand Jury, to pass, utter, publish, sell, possess, and conceal

falsely made and counterfeited securities of the United States, that is, counterfeit

Federal Reserve notes, with intent to defraud, in violation of Title 18, United States

10

Code, Section 472.

## OBJECT OF CONSPIRACY

2.  It was the object of the conspiracy that the defendants would and did obtain counterfeit Federal Reserve notes from an unknown source, and thereafter would and did pass, utter, publish, sell, possess, and conceal counterfeit Federal Reserve notes to area retail establishments in an effort to wrongfully obtain goods, services, and genuine United States currency.

## OVERT ACTS

3.  In furtherance of the conspiracy and to effect the objects thereof, the defendants committed and caused to be committed certain overt acts within the Northern District of Alabama, including, but not limited to, the following:

a)      On or about the 6th day of October, 2007, Nikisha Nycol Boykin passed six (6) counterfeited United States Federal Reserve notes in the denomination of $50 dollars at the Target Store in Trussville, Alabama.

b)      On or about the 7th day of October, 2007, Nikisha Nycol Boykin passed five (5) counterfeited United States Federal Reserve notes in the denomination of $50 dollars at the Target Store in Tuscaloosa, Alabama.

c)      On or about the 26th day of October, 2007, Nikisha Nycol Boykin passed six (6) counterfeited United States Federal Reserve notes in the denomination of $20 dollars and eight (8) counterfeited United States Federal

Reserve notes in the denomination of $50 dollars to Jacinta Shane Cooper, who in turn passed the same notes to a cashier at the Wal Mart Store in Bessemer, Alabama.

      d)      On or about the 26th day of October, 2007, Nikisha Nycol Boykin and Jacinta Shane Cooper passed eleven (11) counterfeited United States Federal Reserve notes in the denomination of $20 dollars and six (6) counterfeited United States Federal Reserve notes in the denomination of $50 dollars at the Wal Mart Store in Trussville, Alabama.

      e)      On or about the 27th day of October, 2007, Nikisha Nycol Boykin passed five (5) counterfeited United States Federal Reserve notes in the denomination of $20 dollars and sixteen (16) counterfeited United States Federal Reserve notes in the denomination of $50 dollars at the Wal Mart Store in Pell City, Alabama.

      f)      On or about the 27th day of October, 2007, Jacinta Shane Cooper passed ten (10) counterfeited United States Federal Reserve note in the denomination of $50 and four (4) counterfeited United States Federal Reserve notes in the denomination of $20 at the Wal Mart Store in Pell City, Alabama.

      g)      On or about the 27th day of October, 2007, Courtney Darall Campbell attempted to pass twelve (12) counterfeited United States Federal Reserve notes in the denomination of $50 dollars and one (1) counterfeited United States Federal

Reserve note in the denomination of $20 at the Wal Mart Store in Pell City, Alabama.

h)    On or about the 27th day of October, 2007, Nikisha Nycol Boykin and Jacinta Shane Cooper passed fifteen (15) counterfeited United States Federal Reserve notes in the denomination of $20 dollars, one (1) counterfeited United States Federal Reserve note in the denomination of $50 dollars, and twenty-two (22) counterfeited United States Federal Reserve notes in the denomination of $10 dollars at the Wal Mart Store in Springville, Alabama.

i)    On or about the 27th day of October, 2007, Nikisha Nycol Boykin and Jacinta Shane Cooper attempted to pass eleven (11) counterfeited United States Federal Reserve notes in the denomination of $50 dollars at the Wal Mart Store in Trussville, Alabama.

j)    On or about the 27th day of October, 2007, Nikisha Nycol Boykin passed five (5) counterfeited United States Federal Reserve note in the denomination of $20 dollars at the Wal Mart Store in Tuscaloosa, Alabama.

k)    On or about the 27th day of October, 2007, Jacinta Shane Cooper passed ten (10) counterfeited United States Federal Reserve notes in the denomination of $20 dollars and one (1) counterfeited United States Federal Reserve note in the denomination of $50 at the Wal Mart Store in Tuscaloosa, Alabama.

l)    On or about the 27th day of October, 2007, Courtney Darall Campbell attempted to pass multiple counterfeited United States Federal Reserve notes in the denomination of $20 dollars at the Chevron Gas Station in Argo, Alabama.

m)    On or about the 28th day of October, 2007, Nikisha Nycol Boykin passed fourteen (14) counterfeited United States Federal Reserve notes in the denomination of $50 dollars and one (1) counterfeited United States Federal Reserve note in the denomination of $10 dollars at the Bebe Store in Birmingham, Alabama.

n)    On or about the 30th day of October, 2007, Nikisha Nycol Boykin passed eight (8) counterfeited United States Federal Reserve notes in the denomination of $50 dollars, five (5) counterfeited United States Federal Reserve notes in the denomination of $20 dollars, and two (2) counterfeited United States Federal Reserve notes in the denomination of $10 dollars at the Target Store in Tuscaloosa, Alabama.

o)    On or about the 30th day of October, 2007, Jacinta Shane Cooper passed eight (8) counterfeited United States Federal Reserve notes in the denomination of $20 dollars at the Target Store in Tuscaloosa, Alabama.

p)    On or about the 30th day of October, 2007, Nikisha Nycol Boykin and Jacinta Shane Cooper passed fourteen (14) counterfeited United States Federal Reserve notes in the denomination of $20 dollars at the Sunglass Hut Store in

Tuscaloosa, Alabama.

q)       On or about the 30th day of October, 2007, Nikisha Nycol Boykin and

Jacinta Shane Cooper passed two (2) counterfeited United States Federal Reserve

notes in the denomination of $50 dollars and thirty three (33) counterfeited United

States Federal Reserve notes in the denomination of $20 dollars at the Wal Mart

Store in Bessemer, Alabama.

r)       On or about the 30th day of October, 2007, Nikisha Nycol Boykin

passed four (4) counterfeited United States Federal Reserve notes in the

denomination of $50 dollars at the Wet Seal Store in Hoover, Alabama.

s)       On or about the 10th day of November, 2007, Courtney Darall

Campbell possessed one hundred (100) counterfeited United States Federal

Reserve notes in the denomination of $50 dollars and two hundred and fifty (250)

counterfeited United States Federal Reserve notes in the denomination of $20

dollars in Birmingham, Alabama.

## COUNTS THIRTEEN through NINETEEN: [18 U.S.C. § 472]

The Grand Jury charges:

1.       That on or about the date listed below, in Jefferson County, within the

Northern District of Alabama, and elsewhere, the defendant,

### NIKISHA NYCOL BOYKIN,

with intent to defraud, did pass, utter, publish, and sell, at the location hereinafter

15

specified, did falsely make and counterfeit obligations of the United States, that is, counterfeit Federal Reserve notes, as more specifically described hereinafter by quantity and denomination, in violation of Title 18, United States Code, Section 472.

2.      The allegations contained in paragraph 1, above, are hereby realleged and incorporated by reference for each of the Counts 13 through 19, as though fully set forth herein:

| Count | Date | Quantity | Denomination | Location |
|-------|------|----------|--------------|----------|
| 13 | 10/6/2007 | Six | $50 | Target Store, Trussville, Alabama |
| 14 | 10/7/2007 | Five | $50 | Target Store, Tuscaloosa, Alabama |
| 15 | 10/27/2007 | Five Sixteen | $20 $50 | Wal Mart, Pell City, Alabama |
| 16 | 10/27/2007 | Five | $20 | Wal Mart, Tuscaloosa, Alabama |
| 17 | 10/28/2007 | Fourteen One | $50 $10 | Bebe Store, Birmingham, Alabama |
| 18 | 10/30/2007 | Eight Five Two | $50 $20 $10 | Target Store, Tuscaloosa, Alabama |
| 19 | 10/30/2007 | Four | $50 | Wet Seal, Hoover, Alabama |

**COUNTS TWENTY through TWENTY-FIVE:** [18 U.S.C. § 472]

The Grand Jury charges:

1.      That on or about the date listed below, in Jefferson County, within the

Northern District of Alabama, and elsewhere, the defendants,

**NIKISHA NYCOL BOYKIN,**
**and**
**JACINTA SHANE COOPER**
**also known as**
***"Peaches,"***

with intent to defraud, did pass, utter, publish, and sell, at the location hereinafter

specified, did falsely make and counterfeit obligations of the United States, that is,

counterfeit Federal Reserve notes, as more specifically described hereinafter by

quantity and denomination, in violation of Title 18, United States Code, Section

472.

2.      The allegations contained in paragraph 1, above, are hereby realleged

and incorporated by reference for each of the Counts 20 through 25, as though

fully set forth herein:

| Count | Date | Quantity | Denomination | Location |
|---|---|---|---|---|
| 20 | 10/26/2007 | Six<br>Eight | $20<br>$50 | Wal Mart, Bessemer, Alabama |
| 21 | 10/26/2007 | Eleven<br>Six | $20<br>$50 | Wal Mart, Trussville, Alabama |
| 22 | 10/27/2007 | Fifteen<br>One<br>Twenty-Two | $20<br>$50<br>$10 | Wal Mart, Springville, Alabama |
| 23 | 10/27/2007 | Eleven | $50 | Wal Mart, Trussville, Alabama |

| 24 | 10/30/2007 | Fourteen | $20 | Sunglass Hut, Tuscaloosa, Alabama |
| 25 | 10/30/2007 | Two Thirty-Three | $50 $20 | Wal Mart, Bessemer, Alabama |

## COUNTS TWENTY-SIX through TWENTY-EIGHT: [18 U.S.C. § 472]

The Grand Jury charges:

1.      That on or about the date listed below, in Jefferson County, within the Northern District of Alabama, and elsewhere, the defendant,

**JACINTA SHANE COOPER**
**also known as**
**"*Peaches*,"**

with intent to defraud, did pass, utter, publish, and sell, at the location hereinafter specified, did falsely make and counterfeit obligations of the United States, that is, counterfeit Federal Reserve notes, as more specifically described hereinafter by quantity and denomination, in violation of Title 18, United States Code, Section 472.

2.      The allegations contained in paragraph 1, above, are hereby realleged and incorporated by reference for each of the Counts 26 through 28, as though fully set forth herein:

| Count | Date | Quantity | Denomination | Location |
|-------|------|----------|--------------|----------|
| 26 | 10/27/2007 | Ten Four | $50 $20 | Wal Mart, Pell City, Alabama |

| 27 | 10/27/2007 | Ten<br>One | $20<br>$50 | Wal Mart, Tuscaloosa, Alabama |
| 28 | 10/30/2007 | Eight | $20 | Target Store, Tuscaloosa, Alabama |

## COUNTS TWENTY-NINE and THIRTY: [18 U.S.C. § 472]

The Grand Jury charges:

1.      That on or about the date listed below, in St. Clair County, within the

Northern District of Alabama, and elsewhere, the defendant,

**COURTNEY DARALL CAMPBELL,**
**also known as**
**"*Skeeter*,"**

with intent to defraud, did pass, utter, publish, or sell, at the locations hereinafter

specified, did falsely make and counterfeit obligations of the United States, that is,

counterfeit Federal Reserve notes as more specifically described hereinafter by

quantity and denomination in violation of Title 18, United States Code, Section

472.

2.      The allegations contained in paragraph 1, above, are hereby realleged

and incorporated by reference for each of the Counts 29 and 30, as though fully set

forth herein:

| **Count** | **Date** | **Quantity** | **Denomination** | **Location** |
| 29 | 10/27/2007 | Multiple | $20 | Chevron Gas Station, Argo, Alabama |

| 30 | 10/27/2007 | One (1)<br>Twelve (12) | $20<br>$50 | Wal Mart, Pell City, Alabama |
|---|---|---|---|---|

**COUNT THIRTY-ONE:** [18 U.S.C. § 472]

The Grand Jury charges:

That on or about October 30, 2007, in Jefferson County, within the Northern

District of Alabama, the defendant,

**RICHARD LEVONE BOYKIN II,**
**also known as**
**"*King B*,"**

with intent to defraud, did sell a falsely made and counterfeited obligation of the

United States, that is, One $20 counterfeit Federal Reserve note, in violation of

Title 18, United States Code, Section 472.

**COUNT THIRTY-TWO:** [18 U.S.C. § 472]

The Grand Jury charges:

That on or about November 10, 2007, in Jefferson County, within the

Northern District of Alabama, the defendant,

**COURTNEY DARALL CAMPBELL,**
**also known as**
**"*Skeeter*,"**

with intent to defraud, did keep in his possession and conceal falsely made and

counterfeited obligations of the United States, that is, One-Hundred $50 counterfeit

Federal Reserve notes and Two-Hundred and Fifty $20 counterfeit Federal Reserve

notes, in violation of Title 18, United States Code, Section 472.

**COUNT THIRTY-THREE:** [18 U.S.C. § 1956(h) and § 1956(a)(1)(A)(i)]

The Grand Jury charges:

That from February 2004, to on or about the 4th day of January, 2008, more

exact dates being unknown to the Grand Jury, in Jefferson County, within the

Northern District of Alabama, and elsewhere, the defendants,

**SOLOMON GRADY JOHNSON,**
**also known as**
**"*Big Sol*,"**
**also known as**
**"*Mimi*,"**
**and**
**SHARON SAXTON JONES,**
**also known as**
**"*Sharon Dale Saxton*,"**
**also known as**
**"*Tu Tu*,"**

did knowingly, intentionally and unlawfully conspire and agree with each other,

and with others, both known and unknown to the Grand Jury, and knowing that the

property involved in one or more financial transactions represented the proceeds of

some form of illegal activity, did conduct and attempt to conduct financial

transactions which, in fact, involved the proceeds of a specified unlawful activity,

that is, conspiracy to possess with intent to distribute and to distribute controlled

substances, including cocaine base and cocaine hydrochloride, knowing that the

21

transactions were designed in whole or in part to conceal the nature, the location, the source, the ownership, or the control of the proceeds of said specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i), all in violation of Title 18, United States Code, Section 1956(h).

**COUNT THIRTY-FOUR:**  [Forfeiture- 21 U.S.C. §853(a)(1) and (a)(2)]

The Grand Jury Further charges that:

1.      The allegations of Counts One, Two, Three, Five, Six, Seven, Eight, Nine and Thirty-Three of this Indictment are realleged and incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States pursuant to the provisions of Title 21, United States Code, Sections 853(a)(1) and (a)(2).

2.      Pursuant to Rule 32.2(a),  Fed. R. Crim. P., the defendants are hereby notified that, upon conviction of one or more of the offenses alleged in Counts One, Two, Three, Five, Six, Seven, Eight, Nine and Thirty-Three of this Indictment, defendants,

**COURTNEY DARALL CAMPBELL,**
**also known as**
**"*Skeeter*,"**
**SOLOMON GRADY JOHNSON,**
**also known as**
**"*Big Sol*,"**
**also known as**
**"*Mimi*,"**

**SHARON SAXTON JONES,**
**also known as**
**"*Sharon Dale Saxton*,"**
**also known as**
**"*Tu Tu*,"**
**LARON CADRELL CAMPBELL,**
**also known as**
**"*Ron-C*,"**
**ANDREA BOLOXY COLLIER,**
**also known as**
**"*Drea*,"**
**RICKY GUY LEATHERWOOD,**
**also known as**
**"*Slick Rick*,"**
**JARED KENYATTA CALHOUN,**
**also known as**
**"*Ken*,"**
**and**
**TIMOTHY TERRILL CARPENTER,**

shall forfeit to the United States pursuant to 21 U.S.C. § 853(a), any property

constituting, or derived from, proceeds obtained, directly or indirectly, as a result

of the said violations and any property used, or intended to be used, in any manner

or part, to commit, or to facilitate the commission of the said violations, including

but not limited to the following:

      A.     JUDGMENT FOR PROCEEDS

A sum of money equal to at least $6,000,000.00 in United States currency,

representing the amount of proceeds obtained as a result of the offenses charged in

One, Two, Three, Five, Six, Seven, Eight, Nine and Thirty-Three of this

Indictment, for which the defendants are jointly and severally liable.

B.     REAL PROPERTY

All that lot or parcel of land, together with all buildings, appurtenances, improvements, fixtures, attachments and easements attached thereto, more particularly described as:

(1)     Real property located at 600 Ridgefield Way, Odenville, St. Clair County, Alabama  35120, further described as:

Lot 11, phase two Ridgefield map book 2004, page 89, according to the probate office of St. Clair County, Alabama

(2)     Real property located at 4317 6th Avenue Wylam, Birmingham, Jefferson County, Alabama  35224, further described as:

The north 80 feet of lot 5, in block 3, according to the Survey of Joseph Martin, Survey of Wylam, as recorded in map book 4, page 1, in the Office of the Judge of Probate of Jefferson, County, Alabama

(3)     Real property located at 1016 Utica Place, Birmingham, Jefferson County, Alabama  35224, further described as:

Begin at the northeast corner of the south ½ of the sw ¼ of the se ¼ of section 27, township 17, range 4 west, thence run south 792 feet for a point of beginning; thence run west 253.7 feet; thence south 80.0 feet; thence east 253.7 feet; thence north 80.0 feet to the point of beginning; this property lies in the nw ¼ of the ne ¼ of section 34, township 17, range 4 west, situated in Jefferson County, Alabama. Excepting all mineral mining rights, easements and right of ways heretofore conveyed. Situated in Jefferson, County, Alabama; Bessemer Division

(4)     Real property located at 1316 Yukon Street, Birmingham, Jefferson County, Alabama  35224, further described as:

Lot 7a, block 6, according to Posey's Addition to Minor Heights, a resurvey of lots 1 thru 10, block 6 of Second

Addition to Minor Heights, said resurvey recorded in Map Book 22, page 55, Bessemer Division of the Probate Office of Jefferson County, Alabama

(5)     Real property located at 820 Windover Road, Birmingham, Jefferson County, Alabama  35224, further described as:

Lot 1, block 7, according to the Survey of Centerwood Park, Fifth Sector, as recorded in Map Book 94, page 57, in the Probate Office of Jefferson County, Alabama

3.     If any of the above-described forfeitable property, as a result of any act or omission of the defendant(s):

a.     cannot be located upon the exercise of due diligence;

b.     has been transferred, or sold to, or deposited with, a third party;

c.     has been placed beyond the jurisdiction of the court;

d.     has been substantially diminished in value; or

e.     has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p),  to seek forfeiture of any other property of said defendant(s) up to the value of the forfeitable property described above.

All in accordance with Title 21, United States Code, Sections 853(a)(1) and (a)(2).

**COUNT THIRTY-FIVE:**  [Forfeiture- 18 U.S.C. § 982(a)(2)(B)]

The Grand Jury further charges that:

25

1.  The allegations of Counts Twelve through Thirty-Two of this Indictment are realleged and incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States pursuant to the provisions of Title 18, United States Code, Section 982(a)(2)(B).

2.  As a result of the foregoing offenses alleged in Counts Twelve through Thirty-Two of this Indictment, the defendants,

**COURTNEY DARALL CAMPBELL,**
**also known as**
**"*Skeeter*,"**
**BORIS VERNARD AGEE,**
**also known as**
**"*Mac-Bo*,"**
**NIKISHA NYCOL BOYKIN,**
**JACINTA SHANE COOPER,**
**also known as**
**"*Peaches*,"**
**JARED KENYATTA CALHOUN,**
**TIFFANY ONTAE ALLEN,**
**WILSHUN TRANISE FOWLER,**
**also known as**
**"*Shun*,"**
**MARILYN DENEKA CAMPBELL,**
**also known as**
**"*Neka*,"**
**and**
**RICHARD LEVONE BOYKIN II,**
**also known as**
**"*King B*,"**

shall forfeit to the United States any property constituting, or derived from, proceeds the defendant obtained directly or indirectly, as a result of said violations.

Such forfeitable interests include, but are not limited to the following:

## A.   JUDGMENT FOR PROCEEDS

A sum of money equal to at least $40,000 in United States currency,

representing the amount of proceeds obtained as a result of the offenses charged in

Counts Twelve through Thirty-Two of this Indictment, for which the defendants

are jointly and severally liable.

## B.   REAL PROPERTY

All that lot or parcel of land, together with all buildings,

appurtenances, improvements, fixtures, attachments and easements attached

thereto, more particularly described as:

(1)    Real property located at 600 Ridgefield Way, Odenville, St. Clair County,
       Alabama  35120, further described as:

           Lot 11, phase two Ridgefield map book 2004, page 89,
           according to the probate office of St. Clair County, Alabama

(2)    Real property located at 4317 6th Avenue Wylam, Birmingham, Jefferson
       County, Alabama  35224, further described as:

           The north 80 feet of lot 5, in block 3, according to the Survey of
           Joseph Martin, Survey of Wylam, as recorded in map book 4,
           page 1, in the Office of the Judge of Probate of Jefferson,
           County, Alabama

(3)    Real property located at 1016 Utica Place, Birmingham, Jefferson County,
       Alabama  35224, further described as:

           Begin at the northeast corner of the south ½ of the sw ¼ of the
           se ¼ of section 27, township 17, range 4 west, thence run south
           792 feet for a point of beginning; thence run west 253.7 feet;

27

thence south 80.0 feet; thence east 253.7 feet; thence north 80.0 feet to the point of beginning; this property lies in the nw ¼ of the ne ¼ of section 34, township 17, range 4 west, situated in Jefferson County, Alabama. Excepting all mineral mining rights, easements and right of ways heretofore conveyed. Situated in Jefferson, County, Alabama; Bessemer Division

(4)   Real property located at 1316 Yukon Street, Birmingham, Jefferson County, Alabama 35224, further described as:

Lot 7a, block 6, according to Posey's Addition to Minor Heights, a resurvey of lots 1 thru 10, block 6 of Second Addition to Minor Heights, said resurvey recorded in Map Book 22, page 55, Bessemer Division of the Probate Office of Jefferson County, Alabama

If any of the property described above as being subject to forfeiture pursuant to Title 18, United States Code, Section 982(a)(2)(B), as a result of any act or omission of the defendant,–

(1)  cannot be located upon the exercise of due diligence;

(2)  has been transferred to, sold to, or deposited with a third person;

(3)  has been placed beyond the jurisdiction of the Court;

(4)  has been substantially diminished in value; or

(5)  has been commingled with other property that cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant, up to the value of the above forfeitable property.

28

All pursuant to Title 18, United States Code, Section 982(a)(2)(B).

## COUNT THIRTY-SIX:  [21 U.S.C. § 843(b)]

The Grand Jury charges:

That on or about the 22nd day of August, 2007, at approximately 12:43 p.m.,

within Jefferson County, in the Northern District of Alabama, and elsewhere, the

defendants,

**SOLOMON GRADY JOHNSON,**
**also known as**
**"*Big Sol*,"**
**also known as**
**"*Mimi*,"**
**and**
**ANDREA BOLOXY COLLIER,**
**also known as**
**"*Drea*,"**

did knowingly, intentionally and unlawfully use a communication facility, that is, a

telephone, to facilitate the commission of a felony which is a drug trafficking

crime, as charged in COUNT ONE herein, in violation of Title 21, United States

Code, Section 843(b).

## COUNT THIRTY-SEVEN:  [21 U.S.C. § 843(b)]

The Grand Jury charges:

That on or about the 22nd day of August, 2007, at approximately 4:32 p.m.,

within Jefferson County, in the Northern District of Alabama, and elsewhere, the

defendants,

**SOLOMON GRADY JOHNSON,**
**also known as**
**"*Big Sol*,"**
**also known as**
**"*Mimi*,"**
**and**
**ANDREA BOLOXY COLLIER,**
**also known as**
**"*Drea*,"**

did knowingly, intentionally and unlawfully use a communication facility, that is, a

telephone, to facilitate the commission of a felony which is a drug trafficking

crime, as charged in COUNT ONE herein, in violation of Title 21, United States

Code, Section 843(b).


**COUNT THIRTY-EIGHT:** [21 U.S.C. § 843(b)]

The Grand Jury charges:

That on or about the 27th day of August, 2007, at approximately 1:18 p.m.,

within Shelby County, in the Northern District of Alabama, and elsewhere, the

defendants,

**SOLOMON GRADY JOHNSON,**
**also known as**
**"*Big Sol*,"**
**also known as**
**"*Mimi*,"**
**and**
**ANDREA BOLOXY COLLIER,**
**also known as**
**"*Drea*,"**

did knowingly, intentionally and unlawfully use a communication facility, that is, a telephone, to facilitate the commission of a felony which is a drug trafficking crime, as charged in COUNT ONE herein, in violation of Title 21, United States Code, Section 843(b).

**COUNT THIRTY-NINE:** [21 U.S.C. § 843(b)]

The Grand Jury charges:

That on or about the 31st day of August, 2007, at approximately 5:22 p.m., within Shelby County, in the Northern District of Alabama, and elsewhere, the defendants,

**COURTNEY DARALL CAMPBELL,**
**also known as**
**"*Skeeter*,"**
**and**
**SOLOMON GRADY JOHNSON,**
**also known as**
**"*Big Sol*,"**
**also known as**
**"*Mimi*,"**

did knowingly, intentionally and unlawfully use a communication facility, that is, a telephone, to facilitate the commission of a felony which is a drug trafficking crime, as charged in COUNT ONE herein, in violation of Title 21, United States Code, Section 843(b).

**COUNT FORTY:** [21 U.S.C. § 843(b)]

The Grand Jury charges:

That on or about the 31st day of August, 2007, at approximately 6:04 p.m., within Jefferson County, in the Northern District of Alabama, and elsewhere, the defendants,

**COURTNEY DARALL CAMPBELL,**
**also known as**
**"*Skeeter*,"**
**and**
**SOLOMON GRADY JOHNSON,**
**also known as**
**"*Big Sol*,"**
**also known as**
**"*Mimi*,"**

did knowingly, intentionally and unlawfully use a communication facility, that is, a telephone, to facilitate the commission of a felony which is a drug trafficking crime, as charged in COUNT ONE herein, in violation of Title 21, United States Code, Section 843(b).

**COUNT FORTY-ONE:** [21 U.S.C. § 843(b)]

The Grand Jury charges:

That on or about the 6th day of September, 2007, at approximately 2:49 p.m., within Jefferson County, in the Northern District of Alabama, and elsewhere, the defendants,

**SOLOMON GRADY JOHNSON,**
**also known as**
**"*Big Sol*,"**
**also known as**
**"*Mimi*,"**
**and**
**SHARON SAXTON JONES,**
**also known as**
**"*Sharon Dale Saxton*,"**
**also known as**
**"*Tu Tu*,"**

did knowingly, intentionally and unlawfully use a communication facility, that is, a telephone, to facilitate the commission of an act and acts constituting a felony under Title 21 of the United States Code, including but not limited to, offenses set forth in COUNT ONE of this Indictment incorporated by reference herein, in violation of Title 21, United States Code, Section 843(b).

**COUNT FORTY-TWO:** [21 U.S.C. § 843(b)]

The Grand Jury charges:

That on or about the 6th day of September, 2007, at approximately 7:16 p.m., within Jefferson County, in the Northern District of Alabama, and elsewhere, the

defendants,

**SOLOMON GRADY JOHNSON,**
**also known as**
**"*Big Sol*,"**
**also known as**
**"*Mimi*,"**
**and**
**SHARON SAXTON JONES,**
**also known as**
**"*Sharon Dale Saxton*,"**
**also known as**
**"*Tu Tu*,"**

did knowingly, intentionally and unlawfully use a communication facility, that is, a

telephone, to facilitate the commission of an act and acts constituting a felony

under Title 21 of the United States Code, including but not limited to, offenses set

forth in COUNT ONE of this Indictment incorporated by reference herein, in

violation of Title 21, United States Code, Section 843(b).

## COUNT FORTY-THREE: [21 U.S.C. § 843(b)]

The Grand Jury charges:

That on or about the 6th day of September, 2007, at approximately 7:42 p.m.,

within Jefferson County, in the Northern District of Alabama, and elsewhere, the

defendants,

**SOLOMON GRADY JOHNSON,**
**also known as**
**"*Big Sol*,"**
**also known as**
**"*Mimi*,"**

34

**and**
**SHARON SAXTON JONES,**
**also known as**
**"*Sharon Dale Saxton*,"**
**also known as**
**"*Tu Tu*,"**

did knowingly, intentionally and unlawfully use a communication facility, that is, a

telephone, to facilitate the commission of an act and acts constituting a felony

under Title 21 of the United States Code, including but not limited to, offenses set

forth in COUNT ONE of this Indictment incorporated by reference herein, in

violation of Title 21, United States Code, Section 843(b).

## COUNT FORTY-FOUR:  [21 U.S.C. § 843(b)]

The Grand Jury charges:

That on or about the 13th day of September, 2007, at approximately 2:38

p.m., within Jefferson County, in the Northern District of Alabama, and elsewhere,

the defendants,

**COURTNEY DARALL CAMPBELL,**
**also known as**
**"*Skeeter*,"**
**and**
**SOLOMON GRADY JOHNSON,**
**also known as**
**"*Big Sol*,"**
**also known as**
**"*Mimi*,"**

did knowingly, intentionally and unlawfully use a communication facility, that is, a

telephone, to facilitate the commission of a felony which is a drug trafficking

crime, as charged in COUNT ONE herein, in violation of Title 21, United States

Code, Section 843(b).

**COUNT FORTY-FIVE:** [21 U.S.C. § 843(b)]

The Grand Jury charges:

That on or about the 13th day of September, 2007, at approximately 3:07

p.m., within Jefferson County, in the Northern District of Alabama, and elsewhere,

the defendants,

**COURTNEY DARALL CAMPBELL,**
**also known as**
**"*Skeeter*,"**
**and**
**SOLOMON GRADY JOHNSON,**
**also known as**
**"*Big Sol*,"**
**also known as**
**"*Mimi*,"**

did knowingly, intentionally and unlawfully use a communication facility, that is, a

telephone, to facilitate the commission of a felony which is a drug trafficking

crime, as charged in COUNT ONE herein, in violation of Title 21, United States

Code, Section 843(b).

**COUNT FORTY-SIX:** [21 U.S.C. § 843(b)]

The Grand Jury charges:

That on or about the 13th day of September, 2007, at approximately 3:33 p.m., within Jefferson County, in the Northern District of Alabama, and elsewhere, the defendants,

**COURTNEY DARALL CAMPBELL,**
**also known as**
***"Skeeter,"***
**ANDREA BOLOXY COLLIER,**
**also known as**
***"Drea,"***
**SOLOMON GRADY JOHNSON,**
**also known as**
***"Big Sol,"***
**also known as**
***"Mimi,"***

did knowingly, intentionally and unlawfully use a communication facility, that is, a telephone, to facilitate the commission of a felony which is a drug trafficking crime, as charged in COUNT ONE herein, in violation of Title 21, United States Code, Section 843(b).

**COUNT FORTY-SEVEN:** [21 U.S.C. § 843(b)]

The Grand Jury charges:

That on or about the 31st day of October, 2007, at approximately 10:12 p.m., within Jefferson County, in the Northern District of Alabama, and elsewhere, the defendants,

**COURTNEY DARALL CAMPBELL,**
**also known as**
***"Skeeter,"***

**and**
**LARON CADRELL CAMPBELL,**
**also known as**
**"*Ron-C*,"**

did knowingly, intentionally and unlawfully use a communication facility, that is, a telephone, to facilitate the commission of a felony which is a drug trafficking crime, as charged in COUNT ONE herein, in violation of Title 21, United States Code, Section 843(b).

**COUNT FORTY-EIGHT:** [21 U.S.C. § 843(b)]

The Grand Jury charges:

That on or about the 2nd day of November, 2007, at approximately 6:21 p.m., within Jefferson County, in the Northern District of Alabama, and elsewhere, the defendants,

**COURTNEY DARALL CAMPBELL,**
**also known as**
**"*Skeeter*,"**
**and**
**JARED KENYATTA CALHOUN,**
**also known as**
**"*Ken*"**

did knowingly, intentionally and unlawfully use a communication facility, that is, a telephone, to facilitate the commission of a felony which is a drug trafficking crime, as charged in COUNT ONE herein, in violation of Title 21, United States Code, Section 843(b).

**COUNT FORTY-NINE:** [21 U.S.C. § 843(b)]

The Grand Jury charges:

That on or about the 2nd day of November, 2007, at approximately 6:40 p.m., within Jefferson County, in the Northern District of Alabama, and elsewhere, the defendants,

**COURTNEY DARALL CAMPBELL,**
**also known as**
**_"Skeeter_,"**
**and**
**RICKY GUY LEATHERWOOD,**
**also known as**
**_"Slick Rick_,"**
**also known as**
**_"Lil' Rick"_**

did knowingly, intentionally and unlawfully use a communication facility, that is, a telephone, to facilitate the commission of a felony which is a drug trafficking crime, as charged in COUNT ONE herein, in violation of Title 21, United States Code, Section 843(b).

**COUNT FIFTY:** [21 U.S.C. § 843(b)]

The Grand Jury charges:

That on or about the 2nd day of November, 2007, at approximately 6:41 p.m., within Jefferson County, in the Northern District of Alabama, and elsewhere, the defendants,

**COURTNEY DARALL CAMPBELL,**
**also known as**
**"*Skeeter*,"**
**and**
**JARED KENYATTA CALHOUN,**
**also known as**
**"*Ken*"**

did knowingly, intentionally and unlawfully use a communication facility, that is, a telephone, to facilitate the commission of a felony which is a drug trafficking crime, as charged in COUNT ONE herein, in violation of Title 21, United States Code, Section 843(b).

**COUNT FIFTY-ONE:** [21 U.S.C. § 843(b)]

The Grand Jury charges:

That on or about the 2nd day of November, 2007, at approximately 8:21 p.m., within Jefferson County, in the Northern District of Alabama, and elsewhere, the defendants,

**COURTNEY DARALL CAMPBELL,**
**also known as**
**"*Skeeter*,"**

40

**and**
**SOLOMON GRADY JOHNSON,**
**also known as**
**"*Big Sol*,"**
**also known as**
**"*Mimi*,"**

did knowingly, intentionally and unlawfully use a communication facility, that is, a

telephone, to facilitate the commission of a felony which is a drug trafficking

crime, as charged in COUNT ONE herein, in violation of Title 21, United States

Code, Section 843(b).

**COUNT FIFTY-TWO:** [21 U.S.C. § 843(b)]

The Grand Jury charges:

That on or about the 2nd day of November, 2007, at approximately 8:45 p.m.,

within Jefferson County, in the Northern District of Alabama, and elsewhere, the

defendants,

**COURTNEY DARALL CAMPBELL,**
**also known as**
**"*Skeeter*,"**
**and**
**RICKY GUY LEATHERWOOD,**
**also known as**
**"*Slick Rick*,"**
**also known as**
**"*Lil' Rick*"**

did knowingly, intentionally and unlawfully use a communication facility, that is, a

telephone, to facilitate the commission of a felony which is a drug trafficking

41

crime, as charged in COUNT ONE herein, in violation of Title 21, United States Code, Section 843(b).

## COUNT FIFTY-THREE: [21 U.S.C. § 843(b)]

The Grand Jury charges:

That on or about the 5th day of November, 2007, at approximately 2:03 p.m., within Jefferson County, in the Northern District of Alabama, and elsewhere, the defendants,

**COURTNEY DARALL CAMPBELL,**
**also known as**
**"*Skeeter*,"**
**and**
**SOLOMON GRADY JOHNSON,**
**also known as**
**"*Big Sol*,"**
**also known as**
**"*Mimi*,"**

did knowingly, intentionally and unlawfully use a communication facility, that is, a telephone, to facilitate the commission of a felony which is a drug trafficking crime, as charged in COUNT ONE herein, in violation of Title 21, United States Code, Section 843(b).

**COUNT FIFTY-FOUR:** [21 U.S.C. § 843(b)]

The Grand Jury charges:

That on or about the 5th day of November, 2007, at approximately 2:14 p.m., within Jefferson County, in the Northern District of Alabama, and elsewhere, the defendants,

**COURTNEY DARALL CAMPBELL,**
**also known as**
**"*Skeeter*,"**
**and**
**SOLOMON GRADY JOHNSON,**
**also known as**
**"*Big Sol*,"**
**also known as**
**"*Mimi*,"**

did knowingly, intentionally and unlawfully use a communication facility, that is, a telephone, to facilitate the commission of a felony which is a drug trafficking crime, as charged in COUNT ONE herein, in violation of Title 21, United States Code, Section 843(b).

**COUNT FIFTY-FIVE:** [21 U.S.C. § 843(b)]

The Grand Jury charges:

That on or about the 12th day of November, 2007, at approximately 4:09 p.m., within St. Clair County, in the Northern District of Alabama, and elsewhere, the defendants,

**COURTNEY DARALL CAMPBELL,**

43

**also known as**
**"*Skeeter*,"**
**and**
**JARED KENYATTA CALHOUN,**
**also known as**
**"*Ken*"**

did knowingly, intentionally and unlawfully use a communication facility, that is, a

telephone, to facilitate the commission of a felony which is a drug trafficking

crime, as charged in COUNT ONE herein, in violation of Title 21, United States

Code, Section 843(b).


A TRUE BILL


*/s/Electronic Signature*
FOREMAN OF THE GRAND JURY          ALICE H. MARTIN
                                   United States Attorney


                                   */s/Electronic Signature*
                                   GREGORY R. DIMLER
                                   Assistant United States Attorney


                                   */s/Electronic Signature*
                                   JOSEPH P. MONTMINY
                                   Assistant United States Attorney